**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ANTIONE CARTER
ADC # 110478**                                                                                                                     **PLAINTIFF**

**v.**           **CASE NO. 1:10-cv-00068 BSM/BD**

**DANNY BURL,** *et al.*                                                            **DEFENDANTS**

## ORDER

Plaintiff moves to withdraw [Doc. No. 11] and requests that his case be dismissed. Plaintiff's motion is GRANTED.

Plaintiff's claims are DISMISSED without prejudice. The pending partial recommended disposition [Doc. No. 8] is now moot.

IT IS SO ORDERED this 13th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE